UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELEUS INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>HUDSON EXCESS INSURANCE COMPANY,<br><br>        Defendant. | No. 25-CV-4926 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  At the initial pretrial conference with the Court on August 15, 2025, the parties agreed to submit a joint status letter no later than September 15, 2025, in advance of a telephonic status conference on September 19, 2025 at 12:15 p.m. To date, no such letter has been filed. Accordingly, the September 19 conference is hereby adjourned to Thursday, September 25, 2025 at 3:00 p.m. The parties shall submit a joint letter updating the Court as to the status of the case no later than September 22, 2025. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735.

SO ORDERED.

Dated: September 18, 2025
     New York, New York

                     Ronnie Abrams
                     United States District Judge