UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PELEUS INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | No. 25-CV-4926 (RA) |
| HUDSON EXCESS INSURANCE COMPANY, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

During a conference on September 25, 2025, the parties indicated that they would file a new proposed case management plan following Plaintiff's filing of an amended complaint. Plaintiff filed its amended complaint on October 10, 2025, and Defendants filed an amended answer on December 17, 2025. The parties have yet to submit a proposed case management plan. They shall do so no later than April 20, 2026. They shall also submit a joint letter updating the Court on discovery and any settlement discussions.

SO ORDERED.

Dated:    April 7, 2026
          New York, New York

Ronnie Abrams
United States District Judge