UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/13/2026

PELEUS INSURANCE COMPANY,

Plaintiff,

-v-

HUDSON EXCESS INSURANCE COMPANY,

Defendant.

**ORDER**

25-CV-4926 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The case management conference scheduled for November 13, 2026, *see* ECF No. 43, is adjourned to **December 8, 2026**, at **3:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 227 900 742#).

The parties shall confer and submit an updated case management plan by email to RicardoNYSDChambers@nysd.uscourts.gov no later than **December 4, 2026**. If the parties are unable to agree on a case management plan, they shall also file separate letters, not to exceed two single-spaced pages, explaining their respective positions on scheduling by **December 4, 2026**.

**SO ORDERED.**

Dated: November 13, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge